# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Marquelle Vinson
Plaintiff

v.

Civil Action No.

Meghani World, Inc.
Defendant

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT

(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff Marquelle Vinson

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

N/A

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Plaintiff and her counsel, Hiraldo PA, Law Office of Raymond L Hopson PC  Eisenband Law PA.

| | |
|---|---|
| Date: | 8.30.2023 |
| Signature: | /s/ Ray Hopson |
| Print Name: | Raymond L Hopson |
| Bar Number: | 00795426 |
| Address: | po box 424 |
| City, State, Zip: | Royse City, TX 75189 |
| Telephone: | 2143544561 |
| Fax: | |
| E-Mail: | RLHatty@yahoo.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.