UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CASE NO: 3:23-cv-01938-S

**MARQUELLE VINSON**
individually and on behalf of all
others similarly situated,

**CLASS ACTION**

Plaintiff,

**JURY TRIAL DEMANDED**

v.

**MEGHANI WORLD INC,**

Defendant.

_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**

NOW COMES the Plaintiff, Marquelle Vinson, and Defendant, Meghani World Inc., by and through their respective counsel, and pursuant to Fed. R. Civ. P. 41(a), who hereby stipulate and agree to the dismissal with prejudice of Plaintiff's individual claims against Defendant. Each party shall bear its own respective costs and attorneys' fees.

Dated: May 2, 2024

Respectfully submitted,

| | |
|---|---|
| EISENBAND LAW, P.A<br>//s/Michael Eisenband<br>Michael Eisenband<br>Florida Bar No. 94235<br>515 E. Las Olas Boulevard, Suite 120<br>Ft. Lauderdale, Florida 33301<br>Email: MEisenband@Eisenbandlaw.com<br>Telephone: 954.533.4092<br><br>Attorney for Plaintiff | /S/ Brian W. Erikson<br>Brian W. Erikson<br>Texas Bar No. 06643800<br>**The Erikson Firm, A Professional Corporation**<br>P.O. Box 140249<br>Dallas, Texas 75214-0249<br>Telephone: 214-202-4742<br>Telecopier: 1-214-853-5320<br>eMail: Brian.Erikson@eriksonfirm.com<br>Attorneys for Defendant, Meghani World, Inc. |

1